**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-033-MOC-DCK**

| | |
|---|---|
| SUSAN DYER, | ) |
|        Plaintiff, | ) |
| v. | )   **ORDER** |
| CITY OF GASTONIA, | ) |
|        Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Notice Of Request For Judicial Settlement Conference" (Document No. 28) filed March 23, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will respectfully deny the motion.

The undersigned observes that the pending motion was filed less than a month prior to the trial date. As such, it is impossible for the Court to follow its usual procedures to hold a Judicial Settlement Conference, not least of which includes securing appropriate space in the courthouse. Moreover, the motion fails to satisfy the consultation requirement of Local Rule 7.1(B). The Court has since been informed that Defendant does not believe a Judicial Settlement Conference would be productive.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Notice Of Request For Judicial Settlement Conference" (Document No. 28) is **DENIED**.

**SO ORDERED**.

Signed: March 29, 2016

David C. Keesler
United States Magistrate Judge