UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00033-MOC-DCK

| | |
|---|---|
| **SUSAN DYER,** | )<br>) |
| Plaintiff, | )<br>) |
| Vs. | )   ORDER<br>) |
| **CITY OF GASTONIA,** | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the court on plaintiff's Motion to Seal. Counsel for plaintiff seeks to seal a *pro se* letter plaintiff sent to the court (#54) arguing, among other things, that plaintiff was "under the misapprehension that the letter was private and would not be published." Motion (#55) at 1. What counsel does not disclose, and perhaps what she does not know, is that her client called *chambers* wanting to send the undersigned a letter by email. She was specifically advised by chambers staff that "all communication should go through her attorney." Undeterred by that instruction, she insisted that she wanted to send the court a letter. She was then advised that "[i]f she wishes to file documents she will need to submit [them] in paper to the Clerk's Office." Staff Notes (ECF June 7, 2016). While such letter has had no impact on this court's consideration of the merits of this case, it cannot be said that a person so advised could have any expectation that her communication would be *ex parte* or private.

Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

-1-

# ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Seal (#55) is **DENIED**.

Signed: June 10, 2016

Max O. Cogburn Jr.
United States District Judge