IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-033-MOC-DCK

| | |
|---|---|
| SUSAN DYER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CITY OF GASTONIA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Seal The Affidavit Of Margaret B. Maloney" (Document No. 66) filed July 7, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Seal The Affidavit Of Margaret B. Maloney" (Document No. 66) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Affidavit Of Margaret B. Maloney In Support Of Petition For Fees And Costs" (Document No. 5) be **SEALED**, and remain sealed until further order of this Court.

**SO ORDERED**.

Signed: July 7, 2016

David C. Keesler
United States Magistrate Judge