# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Susan Dyer, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00033-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Gastonia, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered; Judgment in this case shall reflect $22,000.00 to plaintiff in back pay and an award of $75,000.00 to plaintiff's counsel as a reasonable attorney's fee.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2016 Order.

Signed: August 19, 2016

Frank G. Johns, Clerk
United States District Court