UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00033-MOC-DCK

| | | |
|---|---|---|
| **SUSAN DYER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CITY OF GASTONIA,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's *pro se* letter to the court. In her letter, plaintiff states that "I thought I would have my attorney's fees paid, but…my attorney kept all of the money…I left court with a mere $22,000." Plaintiff also claims that her computer was tampered with and surveillance was set up to watch her. She claims that the City of Gastonia uploaded documents to her computer.

Plaintiff is advised that defendant has satisfied the Judgment and that the court's Order awarding an attorney's fee is final and has also been satisfied. See Notice (#72). If plaintiff believes that her attorney improperly retained the attorney's fee award, such is not a matter for this court but a concern she can raise with the North Carolina State Bar through its fee dispute resolution program. Finally, plaintiff's complaints about defendant allegedly tampering with her computer are beyond this court's jurisdiction. If plaintiff believes that a person has tampered with her computer, such complaints should be brought to the attention of local authorities or she should consult with an attorney as to what action she may take.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent plaintiff seeks relief from this court in her *pro se* letter (#73), such relief is denied.

Signed: October 13, 2016

Max O. Cogburn Jr
United States District Judge